| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Quicken Loans, LLC<br><br><br>In Re:<br>Dashan K. Hanks<br><br>                        Debtor(s). | Case No: <u>21-14544 VFP</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Vincent F. Papalia</u> |

## NOTICE OF APPEARANCE

       Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

  ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

Date: 06/04/2021                                                           /s/ *Denise Carlon*
                                                                       Denise Carlon
                                                                       04 Jun 2021, 13:39:18, EDT
                                                                      **KML Law Group, P.C.**
                                                                       701 Market Street, Suite 5000
                                                                       Philadelphia, PA 19106
                                                                       201-549-2363
                                                                       FAX: (609) 385-2214
                                                                       Attorney for Creditor

*new 8/1/15*

Document ID: 01e63087c5714292cb4fcf3693de18e7cd9d213085c7c5b87fdf5d1e09856f21