| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans, LLC | |
| In Re:<br><br>Dashan Hanks,<br><br>Debtor. | Case No.:     21-14544-VFP<br><br>Chapter:            13<br><br>Hearing Date:     7/29/2021<br><br>Judge:          Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 7/23/2021                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*