# ***LOW & LOW** ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                      *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*               *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                 **RUSSELL L. LOW**

September 1, 2021

Honorable Vincent F. Papalia
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3B

Re: Case No. 21-14544, Dashan K. Hanks

Dear Honorable Papalia,

    Please withdraw Doc. 19, Amended Schedule(s) : A/B,C

    I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**