Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14544−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dashan K. Hanks
  67 Norman Street
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−4365

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 2, 2021.

Dated: September 2, 2021
JAN: jf

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dashan K. Hanks  
      Debtor

Case No. 21-14544-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 02, 2021      Form ID: plncf13      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dashan K. Hanks, 67 Norman Street, East Orange, NJ 07017-3414 |
| 519227313 | + | All USA Bail Bonds, 49 16th Ave, Newark, NJ 07103-5603 |
| 519227314 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519227316 | + | Bank of America, Business Card, P.O. Box 15796, Wilmington, DE 19850-5796 |
| 519241389 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519227323 | + | First Indemnity of America Insurance Co., 2740 Route 10 West, Suite 205, Morris Plains, NJ 07950-1258 |
| 519239956 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519241404 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519227326 | + | ROCKET LOANS, ATTN: BANKRUPTCY, 1274 LIBRARY STREET, DETROIT, MI 48226-2256 |
| 519227328 | + | WELLS FARGO/FURNITURE MARKETING GROUP, ATTN: BANKRUPTCY, PO BOX 10438 MAC F8235-02F, DES MOINES, IA 50306-0438 |
| 519227329 | + | WFFNATBANK, ATTN: BANKRUPTCY DEPT, PO BOX 51193, LOS ANGELES, CA 90051-5493 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519227319 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 20:39:44 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519227320 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 20:39:53 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519227321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2021 20:27:00 | COMENITY BANK/NEWPORT NEWS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519227322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2021 20:27:00 | COMENITYBANK/JARED, ATTN: BANKRUPTCY, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 519256069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 20:39:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519227317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 02 2021 20:39:58 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519275108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2021 20:39:51 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: plncf13 | Total Noticed: 23 |

| 519227325 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 02 2021 20:27:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
|---|---|---|---|
| 519254201 | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2021 20:27:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519227327 | + Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 20:39:49 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519227315 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519227324 | *+ | First Indemnity of America Insurance Co., 2740 Route 10 West, Suite 205, Morris Plains, NJ 07950-1258 |
| 519227318 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519227330 | *+ | WFFNATBANK, ATTN: BANKRUPTCY DEPT, PO BOX 51193, LOS ANGELES, CA 90051-5493 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans LLC rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Dashan K. Hanks ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5