RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   DASHAN K. HANKS
      67 NORMAN STREET
      EAST ORANGE,  NJ  07017

Atty:   RUSSELL L LOW ESQ
        LOW & LOW ESQS
        505 MAIN STREET, SUITE 304
        HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 21-14544

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $26,964.00**

## RECEIPTS AS OF 01/14/2022                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/07/2021 | $400.00 | | 07/09/2021 | $400.00 | |
| 08/12/2021 | $400.00 | | 09/13/2021 | $452.00 | |
| 10/15/2021 | $452.00 | | 11/12/2021 | $452.00 | |
| 12/09/2021 | $452.00 | | 01/13/2022 | $452.00 | |

**Total Receipts: $3,460.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,460.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022                (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 189.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,841.08 | 908.92 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALL USA BAIL BONDS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 22,161.60 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 15,803.70 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 8,517.84 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 7,716.97 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,829.78 | * | 0.00 | |
| 0007 | COMENITY BANK/NEWPORT NEWS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 8,601.00 | * | 0.00 | |
| 0009 | FIRST INDEMNITY OF AMERICA INSURAI | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUICKEN LOANS LLC | MORTGAGE ARRE | 2,674.20 | 100.00% | 0.00 | |
| 0011 | ROCKET LOANS | UNSECURED | 28,229.43 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | WELLS FARGO/FURNITURE MARKETING | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-14544**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | WFFNATBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | BANK OF AMERICA | UNSECURED | 21,434.25 | * | 0.00 | |
| 0018 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $3,030.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $3,460.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,030.60    =    Funds on Hand: $429.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.