RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   DASHAN K. HANKS
      67 NORMAN STREET
      EAST ORANGE,  NJ  07017

Atty:   RUSSELL L LOW ESQ
        LOW & LOW ESQS
        505 MAIN STREET, SUITE 304
        HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-14544

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $26,964.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/07/2021 | $400.00 | | 07/09/2021 | $400.00 | |
| 08/12/2021 | $400.00 | | 09/13/2021 | $452.00 | |
| 10/15/2021 | $452.00 | | 11/12/2021 | $452.00 | |
| 12/09/2021 | $452.00 | | 01/13/2022 | $452.00 | |
| 02/10/2022 | $452.00 | | 03/10/2022 | $452.00 | |
| 04/14/2022 | $452.00 | | 05/12/2022 | $452.00 | |
| 06/09/2022 | $452.00 | | 07/14/2022 | $452.00 | |
| 08/11/2022 | $452.00 | | 09/09/2022 | $452.00 | |
| 10/14/2022 | $452.00 | | 11/10/2022 | $452.00 | |
| 12/08/2022 | $452.00 | | 01/12/2023 | $452.00 | |

**Total Receipts: $8,884.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,884.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 09/19/2022 | $55.39 | 897,514 | | 09/19/2022 | $57.27 | 897,514 |
| | 09/19/2022 | $40.84 | 897,514 | | 10/17/2022 | $74.36 | 899,189 |
| | 10/17/2022 | $53.03 | 899,189 | | 10/17/2022 | $71.92 | 899,189 |
| | 11/14/2022 | $74.37 | 900,765 | | 11/14/2022 | $53.03 | 900,765 |
| | 11/14/2022 | $71.93 | 900,765 | | 12/12/2022 | $74.34 | 902,317 |
| | 12/12/2022 | $53.01 | 902,317 | | 12/12/2022 | $71.90 | 902,317 |
| CITIBANK NA | | | | | | | |
| | 09/19/2022 | $19.94 | 897,223 | | 10/17/2022 | $25.89 | 898,904 |
| | 11/14/2022 | $25.90 | 900,469 | | 12/12/2022 | $25.89 | 902,041 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 09/19/2022 | $22.01 | 897,261 | | 10/17/2022 | $28.58 | 898,937 |
| | 11/14/2022 | $28.58 | 900,501 | | 12/12/2022 | $28.62 | 902,076 |

**Chapter 13 Case # 21-14544**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/19/2022 | $38.32 | 8,003,048 | | 10/17/2022 | $49.76 | 8,003,103 |
| | 11/14/2022 | $49.76 | 8,003,148 | | 12/12/2022 | $49.83 | 8,003,201 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/19/2022 | $22.23 | 897,371 | | 10/17/2022 | $28.86 | 899,036 |
| | 11/14/2022 | $28.86 | 900,609 | | 12/12/2022 | $28.85 | 902,177 |
| QUICKEN LOANS LLC | | | | | | | |
| | 03/14/2022 | $386.06 | 887,422 | | 04/18/2022 | $436.18 | 889,105 |
| | 05/16/2022 | $436.18 | 890,826 | | 06/20/2022 | $436.18 | 892,495 |
| | 07/18/2022 | $436.18 | 894,233 | | 08/15/2022 | $436.18 | 895,794 |
| | 09/19/2022 | $107.24 | 897,388 | | | | |
| ROCKET LOANS | | | | | | | |
| | 09/19/2022 | $72.95 | 898,105 | | 10/17/2022 | $94.72 | 899,753 |
| | 11/14/2022 | $94.73 | 901,312 | | 12/12/2022 | $94.70 | 902,860 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 422.29 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALL USA BAIL BONDS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 22,161.60 | * | 280.34 | |
| 0003 | BANK OF AMERICA | UNSECURED | 15,803.70 | * | 199.91 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 8,517.84 | * | 107.79 | |
| 0005 | CITIBANK NA | UNSECURED | 7,716.97 | * | 97.62 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,829.78 | * | 187.67 | |
| 0007 | COMENITY BANK/NEWPORT NEWS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 8,601.00 | * | 108.80 | |
| 0009 | FIRST INDEMNITY OF AMERICA INSURAI | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUICKEN LOANS LLC | MORTGAGE ARRE | 2,674.20 | 100.00% | 2,674.20 | |
| 0011 | ROCKET LOANS | UNSECURED | 28,229.43 | * | 357.10 | |
| 0012 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | WELLS FARGO/FURNITURE MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | WFFNATBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | BANK OF AMERICA | UNSECURED | 21,434.25 | * | 271.14 | |
| 0018 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $8,456.86**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $8,884.00   -   Paid to Claims: $4,284.57   -   Admin Costs Paid: $4,172.29   =   Funds on Hand: $427.14

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.