RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  DASHAN K. HANKS  
67 NORMAN STREET  
EAST ORANGE,  NJ  07017

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 21-14544

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $26,964.00**

## RECEIPTS AS OF 01/01/2025  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/07/2021 | $400.00 |  | 07/09/2021 | $400.00 |  |
| 08/12/2021 | $400.00 |  | 09/13/2021 | $452.00 |  |
| 10/15/2021 | $452.00 |  | 11/12/2021 | $452.00 |  |
| 12/09/2021 | $452.00 |  | 01/13/2022 | $452.00 |  |
| 02/10/2022 | $452.00 |  | 03/10/2022 | $452.00 |  |
| 04/14/2022 | $452.00 |  | 05/12/2022 | $452.00 |  |
| 06/09/2022 | $452.00 |  | 07/14/2022 | $452.00 |  |
| 08/11/2022 | $452.00 |  | 09/09/2022 | $452.00 |  |
| 10/14/2022 | $452.00 |  | 11/10/2022 | $452.00 |  |
| 12/08/2022 | $452.00 |  | 01/12/2023 | $452.00 |  |
| 02/09/2023 | $452.00 |  | 03/09/2023 | $452.00 |  |
| 04/13/2023 | $452.00 |  | 05/11/2023 | $452.00 |  |
| 06/08/2023 | $452.00 |  | 07/13/2023 | $452.00 |  |
| 08/10/2023 | $452.00 |  | 09/14/2023 | $452.00 |  |
| 10/13/2023 | $452.00 |  | 11/09/2023 | $452.00 |  |
| 12/14/2023 | $452.00 |  | 01/11/2024 | $452.00 |  |
| 02/08/2024 | $452.00 |  | 03/14/2024 | $452.00 |  |
| 04/11/2024 | $452.00 |  | 05/09/2024 | $452.00 |  |
| 06/13/2024 | $452.00 |  | 07/12/2024 | $452.00 |  |
| 08/08/2024 | $452.00 |  | 09/12/2024 | $452.00 |  |
| 10/10/2024 | $452.00 |  | 11/15/2024 | $452.00 |  |
| 12/12/2024 | $452.00 |  |  |  |  |

**Total Receipts: $19,280.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $19,280.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 21-14544**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 09/19/2022 | $55.39 | 897,514 | 09/19/2022 | $57.27 | 897,514 |
| | 09/19/2022 | $40.84 | 897,514 | 10/17/2022 | $74.36 | 899,189 |
| | 10/17/2022 | $53.03 | 899,189 | 10/17/2022 | $71.92 | 899,189 |
| | 11/14/2022 | $74.37 | 900,765 | 11/14/2022 | $53.03 | 900,765 |
| | 11/14/2022 | $71.93 | 900,765 | 12/12/2022 | $74.34 | 902,317 |
| | 12/12/2022 | $53.01 | 902,317 | 12/12/2022 | $71.90 | 902,317 |
| | 02/13/2023 | $148.73 | 905,330 | 02/13/2023 | $106.06 | 905,330 |
| | 02/13/2023 | $143.85 | 905,330 | 03/13/2023 | $74.40 | 906,948 |
| | 03/13/2023 | $53.06 | 906,948 | 03/13/2023 | $71.95 | 906,948 |
| | 04/17/2023 | $74.34 | 908,529 | 04/17/2023 | $53.01 | 908,529 |
| | 04/17/2023 | $71.90 | 908,529 | 05/15/2023 | $73.58 | 910,154 |
| | 05/15/2023 | $52.47 | 910,154 | 05/15/2023 | $71.16 | 910,154 |
| | 06/12/2023 | $73.58 | 911,619 | 06/12/2023 | $52.47 | 911,619 |
| | 06/12/2023 | $71.16 | 911,619 | 07/17/2023 | $73.58 | 913,135 |
| | 07/17/2023 | $52.47 | 913,135 | 07/17/2023 | $71.16 | 913,135 |
| | 08/14/2023 | $73.58 | 914,652 | 08/14/2023 | $52.47 | 914,652 |
| | 08/14/2023 | $71.16 | 914,652 | 09/18/2023 | $73.60 | 916,149 |
| | 09/18/2023 | $52.49 | 916,149 | 09/18/2023 | $71.21 | 916,149 |
| | 10/16/2023 | $72.40 | 917,640 | 10/16/2023 | $51.63 | 917,640 |
| | 10/16/2023 | $70.02 | 917,640 | 11/13/2023 | $72.40 | 919,074 |
| | 11/13/2023 | $51.63 | 919,074 | 11/13/2023 | $70.02 | 919,074 |
| | 01/08/2024 | $72.37 | 921,880 | 01/08/2024 | $51.61 | 921,880 |
| | 01/08/2024 | $70.00 | 921,880 | 02/12/2024 | $144.82 | 923,228 |
| | 02/12/2024 | $103.27 | 923,228 | 02/12/2024 | $140.07 | 923,228 |
| | 04/15/2024 | $144.77 | 926,114 | 04/15/2024 | $103.24 | 926,114 |
| | 04/15/2024 | $140.02 | 926,114 | 05/10/2024 | $72.40 | 927,591 |
| | 05/10/2024 | $51.63 | 927,591 | 05/10/2024 | $70.02 | 927,591 |
| | 06/17/2024 | $72.40 | 928,993 | 06/17/2024 | $51.63 | 928,993 |
| | 06/17/2024 | $70.02 | 928,993 | 07/15/2024 | $74.78 | 930,480 |
| | 07/15/2024 | $53.32 | 930,480 | 07/15/2024 | $72.33 | 930,480 |
| | 08/19/2024 | $74.76 | 931,890 | 08/19/2024 | $53.31 | 931,890 |
| | 08/19/2024 | $72.30 | 931,890 | 09/16/2024 | $74.76 | 933,353 |
| | 09/16/2024 | $53.31 | 933,353 | 09/16/2024 | $72.30 | 933,353 |
| | 10/21/2024 | $73.93 | 934,752 | 10/21/2024 | $52.72 | 934,752 |
| | 10/21/2024 | $71.50 | 934,752 | 11/18/2024 | $74.01 | 936,238 |
| | 11/18/2024 | $52.79 | 936,238 | 11/18/2024 | $71.60 | 936,238 |
| | 12/16/2024 | $73.97 | 937,621 | 12/16/2024 | $52.75 | 937,621 |
| | 12/16/2024 | $71.54 | 937,621 | | | |
| CITIBANK NA | | | | | | |
| | 09/19/2022 | $19.94 | 897,223 | 10/17/2022 | $25.89 | 898,904 |
| | 11/14/2022 | $25.90 | 900,469 | 12/12/2022 | $25.89 | 902,041 |
| | 02/13/2023 | $51.79 | 905,036 | 03/13/2023 | $25.91 | 906,652 |
| | 04/17/2023 | $25.89 | 908,217 | 05/15/2023 | $25.62 | 909,863 |
| | 06/12/2023 | $25.62 | 911,319 | 07/17/2023 | $25.62 | 912,838 |
| | 08/14/2023 | $25.62 | 914,357 | 09/18/2023 | $25.62 | 915,853 |
| | 10/16/2023 | $25.21 | 917,354 | 11/13/2023 | $25.21 | 918,782 |
| | 01/08/2024 | $25.20 | 921,605 | 02/12/2024 | $50.44 | 922,931 |
| | 04/15/2024 | $50.41 | 925,812 | 05/10/2024 | $25.21 | 927,306 |
| | 06/17/2024 | $25.21 | 928,675 | 07/15/2024 | $26.04 | 930,181 |
| | 08/19/2024 | $26.03 | 931,576 | 09/16/2024 | $26.03 | 933,064 |
| | 10/21/2024 | $25.74 | 934,421 | 11/18/2024 | $25.78 | 935,914 |
| | 12/16/2024 | $25.76 | 937,295 | | | |

**Chapter 13 Case # 21-14544**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 09/19/2022 | $22.01 | 897,261 | | 10/17/2022 | $28.58 | 898,937 |
| | 11/14/2022 | $28.58 | 900,501 | | 12/12/2022 | $28.62 | 902,076 |
| | 02/13/2023 | $57.16 | 905,071 | | 03/13/2023 | $28.52 | 906,685 |
| | 04/17/2023 | $28.63 | 908,253 | | 05/15/2023 | $28.28 | 909,893 |
| | 06/12/2023 | $28.28 | 911,349 | | 07/17/2023 | $28.28 | 912,865 |
| | 08/14/2023 | $28.28 | 914,386 | | 09/18/2023 | $28.23 | 915,879 |
| | 10/16/2023 | $27.83 | 917,382 | | 11/13/2023 | $27.83 | 918,808 |
| | 01/08/2024 | $27.87 | 921,628 | | 02/12/2024 | $55.61 | 922,956 |
| | 04/15/2024 | $55.69 | 925,835 | | 05/10/2024 | $27.83 | 927,328 |
| | 06/17/2024 | $27.83 | 928,700 | | 07/15/2024 | $28.69 | 930,202 |
| | 08/19/2024 | $28.73 | 931,599 | | 09/16/2024 | $28.73 | 933,085 |
| | 10/21/2024 | $28.49 | 934,443 | | 11/18/2024 | $28.38 | 935,934 |
| | 12/16/2024 | $28.43 | 937,313 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/19/2022 | $38.32 | 8,003,048 | | 10/17/2022 | $49.76 | 8,003,103 |
| | 11/14/2022 | $49.76 | 8,003,148 | | 12/12/2022 | $49.83 | 8,003,201 |
| | 02/13/2023 | $99.52 | 8,003,309 | | 03/13/2023 | $49.65 | 8,003,367 |
| | 04/17/2023 | $49.83 | 8,003,414 | | 05/15/2023 | $49.24 | 8,003,472 |
| | 06/12/2023 | $49.24 | 8,003,529 | | 07/17/2023 | $49.24 | 8,003,582 |
| | 08/14/2023 | $49.24 | 8,003,637 | | 09/18/2023 | $49.15 | 8,003,690 |
| | 10/16/2023 | $48.45 | 8,003,749 | | 11/13/2023 | $48.45 | 8,003,806 |
| | 01/08/2024 | $48.52 | 8,003,906 | | 02/12/2024 | $96.81 | 8,003,947 |
| | 04/15/2024 | $96.97 | 8,004,035 | | 05/10/2024 | $48.45 | 8,004,082 |
| | 06/17/2024 | $48.45 | 8,004,126 | | 07/15/2024 | $49.96 | 8,004,169 |
| | 08/19/2024 | $50.03 | 8,004,210 | | 09/16/2024 | $50.03 | 8,004,251 |
| | 10/21/2024 | $49.58 | 8,004,295 | | 11/18/2024 | $49.40 | 8,004,336 |
| | 12/16/2024 | $49.50 | 8,004,376 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/19/2022 | $22.23 | 897,371 | | 10/17/2022 | $28.86 | 899,036 |
| | 11/14/2022 | $28.86 | 900,609 | | 12/12/2022 | $28.85 | 902,177 |
| | 02/13/2023 | $57.72 | 905,169 | | 03/13/2023 | $28.88 | 906,788 |
| | 04/17/2023 | $28.85 | 8,003,428 | | 05/15/2023 | $28.56 | 8,003,479 |
| | 06/12/2023 | $28.56 | 8,003,537 | | 07/17/2023 | $28.56 | 8,003,594 |
| | 08/14/2023 | $28.56 | 8,003,649 | | 09/18/2023 | $28.55 | 8,003,703 |
| | 10/16/2023 | $28.10 | 8,003,772 | | 11/13/2023 | $28.10 | 8,003,817 |
| | 01/08/2024 | $28.09 | 8,003,925 | | 02/12/2024 | $56.20 | 8,003,964 |
| | 04/15/2024 | $56.18 | 8,004,053 | | 05/10/2024 | $28.10 | 8,004,098 |
| | 06/17/2024 | $28.10 | 8,004,140 | | 07/15/2024 | $29.02 | 8,004,183 |
| | 08/19/2024 | $29.01 | 8,004,220 | | 09/16/2024 | $29.01 | 8,004,259 |
| | 10/21/2024 | $28.74 | 8,004,299 | | 11/18/2024 | $28.65 | 8,004,342 |
| | 12/16/2024 | $28.71 | 8,004,390 | | | | |
| QUICKEN LOANS LLC | | | | | | | |
| | 03/14/2022 | $386.06 | 887,422 | | 04/18/2022 | $436.18 | 889,105 |
| | 05/16/2022 | $436.18 | 890,826 | | 06/20/2022 | $436.18 | 892,495 |
| | 07/18/2022 | $436.18 | 894,233 | | 08/15/2022 | $436.18 | 895,794 |
| | 09/19/2022 | $107.24 | 897,388 | | | | |

**Chapter 13 Case # 21-14544**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROCKET LOANS | | | | | | |
| | 09/19/2022 | $72.95 | 898,105 | 10/17/2022 | $94.72 | 899,753 |
| | 11/14/2022 | $94.73 | 901,312 | 12/12/2022 | $94.70 | 902,860 |
| | 02/13/2023 | $189.45 | 905,903 | 03/13/2023 | $94.77 | 907,507 |
| | 04/17/2023 | $94.69 | 909,121 | 05/15/2023 | $93.72 | 910,681 |
| | 06/12/2023 | $93.72 | 912,169 | 07/17/2023 | $93.72 | 913,690 |
| | 08/14/2023 | $93.72 | 915,187 | 09/18/2023 | $93.78 | 916,700 |
| | 10/16/2023 | $92.22 | 918,156 | 11/13/2023 | $92.22 | 919,597 |
| | 01/08/2024 | $92.19 | 922,369 | 02/12/2024 | $184.47 | 923,757 |
| | 04/15/2024 | $184.40 | 926,670 | 05/10/2024 | $92.22 | 928,084 |
| | 06/17/2024 | $92.22 | 929,547 | 07/15/2024 | $95.27 | 930,968 |
| | 08/19/2024 | $95.23 | 932,431 | 09/16/2024 | $95.23 | 933,835 |
| | 10/21/2024 | $94.17 | 935,294 | 11/18/2024 | $94.28 | 936,728 |
| | 12/16/2024 | $94.22 | 938,130 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,145.33 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALL USA BAIL BONDS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 22,161.60 | * | 2,117.46 | |
| 0003 | BANK OF AMERICA | UNSECURED | 15,803.70 | * | 1,509.99 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 8,517.84 | * | 813.82 | |
| 0005 | CITIBANK NA | UNSECURED | 7,716.97 | * | 737.33 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,829.78 | * | 1,416.87 | |
| 0007 | COMENITY BANK/NEWPORT NEWS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 8,601.00 | * | 821.80 | |
| 0009 | FIRST INDEMNITY OF AMERICA INSURAN | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUICKEN LOANS LLC | MORTGAGE ARRE | 2,674.20 | 100.00% | 2,674.20 | |
| 0011 | ROCKET LOANS | UNSECURED | 28,229.43 | * | 2,697.22 | |
| 0012 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | WELLS FARGO/FURNITURE MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | WFFNATBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | BANK OF AMERICA | UNSECURED | 21,434.25 | * | 2,047.96 | |
| 0018 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $19,731.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $19,280.00    -    Paid to Claims: $14,836.65    -    Admin Costs Paid: $4,895.33    =    Funds on Hand: $0.02

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.